IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**TERRELL A. KOONCE,**

    Plaintiff,

v.                                                     Civil Action No. **3:25CV530**

**DR. PAUL DA'CUNHA**, *et al.*,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on July 15, 2025, the Court conditionally docketed the plaintiff's civil action. At that time, the Court directed the plaintiff to submit a statement under oath or penalty of perjury that:

    (A)    Identifies the nature of the action;
    (B)    States his belief that he is entitled to relief;
    (C)    Avers that he is unable to pre-pay fees or give security therefor; and,
    (D)    Includes a statement of the assets he possesses.

*See* 28 U.S.C. § 1915(a)(1). The Court provided the plaintiff with an *in forma pauperis* affidavit form for this purpose.

Additionally, the Court directed the plaintiff to affirm his intention to pay the full filing fee by signing and returning a form consenting to collection of fees. The Court warned the plaintiff that a failure to comply with either of the above directives within thirty (30) days of the date of entry thereof would result in summary dismissal of the action.

The plaintiff has not complied with the orders of this Court.[1] The plaintiff failed to return a completed *in forma pauperis* affidavit form and a form consenting to collection of fees. As a result, he does not qualify for *in forma pauperis* status. Furthermore, he has not paid the statutory filing fee for the instant action. *See* 28 U.S.C. § 1914(a). Such conduct demonstrates a willful failure to prosecute. *See* Fed. R. Civ. P. 41(b). Accordingly, this action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

Date: 9/11/25
Richmond, Virginia

/s/ _____

---

[1] The plaintiff updated his address with the Court on July 25, 2025. (ECF No. 5.) Because it was unclear whether the plaintiff received the July 15, 2025, Memorandum Order, the Clerk mailed a copy of that Memorandum Order to the updated address on July 25, 2025. The plaintiff did not respond.